IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:16-cr-00216-JG-1 |
| *Plaintiff,* | : | Hon. Judge James S. Gwin |
| vs. | : | Hon. Magistrate Nancy A. Vecchiarelli |
| **RILEY, JOYELL** | : | <u>ORDER OF NOTICE OF APPEARANCE OF DEFENDANT'S COUNSEL</u> |
| *Defendant* | : | |

*******************************************************************

This matter comes before the Court without the benefit of a formal hearing upon Defendant's Notice of Appearance of Defendant's Counsel.

The Court hereby **FINDS** that Attorney Adam Charles Stone (S.Ct.#0085414) is a duly licensed attorney in good standing with this Court, and as such, his Notice of Appearance is properly before Court and well-taken.

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Attorney Adam Charles Stone of Martin & Stone, LLC, Bucyrus, Ohio appears for the Defendant, Joyell Riley, in the above-entitled action, and hereby demands that copies of all papers in this action be served on him as follows:

Adam Charles Stone (S.Ct.#0085414)
**MARTIN & STONE, LLC**
840 South Sandusky Avenue
Bucyrus, Ohio 44820
Telephone. (419) 562-2110

Adam C. Stone,
MARTIN & STONE, LLC
840 So. Sandusky Avenue
Bucyrus, Ohio 44820
PHONE: (419) 562-2110
FAX: (419) 562-1660

United States vs. Riley, Joyell – Order of Appearance
United States District Court, Northern District of Ohio
Northern Division

Page 1 of 2

Facsimile. (419) 562-1660
adamstonelawfirm@gmail.com
www.adamstonelawfirm.com

**IT IS SO ORDERED.**

_____
Hon. Magistrate Judge Nancy A. Vecchiarelli
Date: _____

## CERTIFICATE OF SERVICE

    I hereby certify on July _____, 2016 that a true and accurate copy of the foregoing Order was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U.S. Mail, if necessary. Parties may access this filing through the Court's system.

_____
Clerk/ Deputy Clerk of Court
**U.S. District Court for the Northern District of Ohio, Northern Division**

Adam C. Stone,
MARTIN & STONE, LLC
840 So. Sandusky Avenue
Bucyrus, Ohio 44820

PHONE: (419) 562-2110
FAX: (419) 562-1660

United States vs. Riley, Joyell –Order of Appearance
United States District Court, Northern District of Ohio
Northern Division

Page 2 of 2